|   |   |
|---|---|
| 1 | Brian S. King, Utah Bar No. #4610 |
|   | Email: brian@briansking.com |
| 2 | Brian S. King, Attorney at Law |
|   | 336 South 300 East, Suite 200 |
| 3 | Salt Lake City, UT 84111 |
|   | Tel: 801-532-1739 |
| 4 | Fax: 801-532-1936 |
|   | Admitted *pro hac vice* |
| 5 |   |
|   | Michelle L. Roberts (239092) |
| 6 |   E-Mail: mlr@ssrlawgroup.com |
|   | Cassie Marie Springer-Sullivan (221506) |
| 7 |   E-Mail: css@ssrlawgroup.com |
|   | SPRINGER-SULLIVAN & ROBERTS LLP |
| 8 | 410 12th Street, Suite 325 |
|   | Oakland, CA 94607 |
| 9 | (510) 992-6130 (TEL) |
|   | (510) 280-7564 (FAX) |
| 10 |   |
|   | Attorneys for Plaintiffs, |
| 11 | Walter B. et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| Walter B., and Amy B., individually and as guardians and next friends of Meghan G., a minor, and Island View Residential Treatment Center, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> Kaiser Foundation Health Plan, Inc., dba Kaiser Permanente <br><br> Defendant. | CASE NO: 3:08-CV-5497 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE** |

     Plaintiffs Walter B. and Amy B. and Defendant Kaiser Foundation Health Plan (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

     WHEREAS, on March 10, 2009, the Court ordered that the Parties participate in Mediation on or before June 8, 2009 (Docket Entry # 12);

     WHEREAS, on March 26, 2009, the Court ordered the Parties to take discovery regarding the factual issue of whether Plaintiffs made a request for the benefits at issue in this case;

1

WHEREAS, the Parties have exchanged discovery requests and have conferred regarding the same;

WHEREAS, on May 18, 2009, the Parties participated in a pre-mediation conference call with mediator, Mark Humbert;

WHEREAS, given the pending discovery requests and the current mediation deadline, the Parties and the mediator believe that in order for a mediation to be fruitful, the Parties require additional time to complete discovery and prepare for mediation;

WHEREAS, the Parties and the mediator agree that a mediation deadline of September 30, 2009 will provide sufficient time to complete discovery and prepare for mediation;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

The deadline for the parties to participate in a mediation session pursuant to ADR L.R. 6 is September 30, 2009.

Dated: June 10, 2009                      Respectfully submitted,

                                          BRIAN S. KING, ATTORNEY AT LAW

                                          By:      /s/
                                              Brian S. King, Attorney for Plaintiffs
                                              Admitted *pro hac vice*

                                          SPRINGER-SULLIVAN & ROBERTS LLP

                                          By:      /s/
                                              Michelle L. Roberts, Attorney for Plaintiffs

Dated: June 10, 2009                      MARION'S INN

                                          By:      /s/
                                              Thomas M. Freeman, Attorney for Defendant


SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June 10, 2009                      Respectfully submitted,

                                          SPRINGER-SULLIVAN & ROBERTS LLP

                                          By:      /s/
                                              Michelle L. Roberts
                                              *Attorneys for Plaintiff*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for the parties to participate in a mediation session pursuant to ADR L.R. 6 is September 30, 2009.

Dated: June 12, 2009



Hon. Phyllis J. Hamilton
U.S. District Court Judge

3